IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs ) Case No. 3:12CR00057(1)
)
SUNDAY S. SATTERWHITE )
)

## ORDER TERMINATING RE-IMPOSED SUPERVISED RELEASE

The above named commenced a re-imposed term of Supervised Release on October 2, 2014. For good cause shown, it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 9th day of February, 2018

_____
United States District Court Judge